AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts _____

John Flynn,
Plaintiff,

V.

Viisage Technology., Inc. et al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10498 MLW**

TO: (Name and address of Defendant)

William K. Aulet
c/o Viisage Technology, Inc.
296 Concord Road, Third Floor
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Sq.
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 16 2005

CLERK                                    DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | March 28, 2005 |
| NAME OF SERVER  THOMAS G. JACKSON | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __Mr. Elliot Mark, General Counsel and__
Duly Authorized Agent for the within-named __Defendant, William K. Aulet.__
Said service was made at:
__296 Concord Road, Third Floor, Billerica__, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE  $ __5.00__   _____ Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 28, 2005__          *(signature)* Thomas G. Jackson
          Date                                              Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax #         (617) 720-5737 |