AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts _____

John Flynn,
Plaintiff,

V.

Viisage Technology., Inc. et al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05  10498 MLW

TO: (Name and address of Defendant)

Buddy G. Beck
c/o Viisage Technology, Inc.
296 Concord Road, Third floor
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Sq.
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 16 2005

_____
CLERK

DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | March 28, 2005 |
|---|---|---|
| **NAME OF SERVER**    THOMAS G. JACKSON | **TITLE** | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☐  Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☒  Other:  By handing true and attested copies thereof to    **Mr. Elliot Mark, General Counsel and**

Duly Authorized Agent for the within-named    **Defendant, Buddy G. Beck.**

Said service was made at:

**296 Concord Road, Third Floor, Billerica** _____ , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE $ | 5.00 | | Trips | |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____**March 28, 2005**_____
                        Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

### ADDITIONAL INFORMATION
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | | FEE |
|---|---|---|---|---|
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**         **One Devonshire Place**         Telephone # (617) 720-5733
Massachusetts Constables since 1925         **Boston, MA 02109**         Fax #       (617) 720-5737