AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

John Flynn,
Plaintiff,

V.

Viisage Technology., Inc. et al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10498 MLW**

TO: (Name and address of Defendant)

Denis K. Berube
c/o Lau Technologies
30 Porter Rd.
Littleton, MA 01460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Sq.
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 16 2005

CLERK                                                                            DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: March 28, 2005 |
| NAME OF SERVER: THOMAS G. JACKSON | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:
   30 Monument Square, Suite 220, Concord _____, MASSACHUSETTS

[ ] Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
   _____

   Said service was made at: _____, MASSACHUSETTS

[ ] Other: By handing true and attested copies thereof to _____
   Duly Authorized Agent for the within-named _____
   Said service was made at:
   _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 92.00 | 2 Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: March 28, 2005

Signature of Server: *Thomas G. Jackson*

Address of Server: One Devonshire Place, Boston, Massachusetts

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 3/28/05 | | No service at 30 Porter Rd., Littleton, Ma. - Said address is an office bldg. and Denis Berube and Lau Technologies were not listed............................................................ | $ 51.00 |
| | | While conducting an investigation Process Server learned Lau Technologies is located at 30 Monument Sq., Concord, Ma. | $ _____ $ _____ |
| 3/28/05 | | In Hand Service at 30 Monument Sq., Ste. 220, Concord, Ma................ | $ 41.00 |
| | | | $ _____ |
| | | TOTAL | $ 92.00 |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**  **One Devonshire Place**  Telephone # (617) 720-5733
**Massachusetts Constables since 1925**  **Boston, MA 02109**  Fax #  (617) 720-5737