UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| JOHN FLYNN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-10498 MLW ) |
| VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY and CHARLES E. LEVINE, | ) ) ) ) ) |
| Defendants. | ) ) |

_____

## NOTICE OF APPEARANCE

Please enter the appearance of Mitchell H. Kaplan on behalf of the defendants in this action.

VIISAGE TECHNOLOGY, INC., ET AL.

By their attorneys,

/s/ Mitchell H. Kaplan

Mitchell H. Kaplan, P.C. (BBO #258940)
**CHOATE, HALL & STEWART**
Exchange Place, 53 State Street
Boston, MA  02109
Tel.: (617) 248-5000

Dated:  May 18, 2005