UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ERNESTO DARQUEA, GERALD D. BRODER, JOHN FLYNN, ET AL., MIN CHANGE, ET AL., JOSEPH MARTIN, ET AL., WAYNE CLARK, ET AL., and DAPENG LUO, | ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | CIVIL ACTION NOS. 05-10438 MLW 05-10475 MLW |
| VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY and CHARLES E. LEVINE, | ) ) ) ) ) ) | 05-10498 MLW 05-10537 MLW 05-10577 MLW 05-10578 MLW 05-10615 MLW |
| Defendants. | ) ) |  |

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Pursuant to Rule 83.5.2 (e) of the Local Rules of the United States District Court for the District of Massachusetts, please take notice that as of <u>Monday August 1, 2005</u>, the address of Choate, Hall & Stewart LLP, counsel for Defendants Bernard C. Bailey, William K. Aulet, Denis K. Berube, B. G. Beck, Marcel Yon, Thomas J. Reilly, Charles E. Levine, and Viisage Technology, Inc., will change to Two International Place, Boston, MA 02110, (617) 248-5000.

VIISAGE TECHNOLOGY, INC., ET AL.

By their attorneys,

/s/ Aloknanda S. Bose
Mitchell H. Kaplan, P.C. (BBO #258940)
Aloknanda S. Bose (BBO # 658108)
**CHOATE, HALL & STEWART**
Exchange Place, 53 State Street
Boston, MA 02109
Tel.: (617) 248-5000
NBOSE@CHOATE.COM

Dated: July 29, 2005

3964543v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO DARQUEA, GERALD D. BRODER, JOHN FLYNN, ET AL., MIN CHANGE, ET AL., JOSEPH MARTIN, ET AL., WAYNE CLARK, ET AL., and DAPENG LUO,<br><br>        Plaintiffs,<br><br>        v.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, DENIS K. BERUBE, BUDDY G. BECK, MARCEL YON, THOMAS J. REILLY and CHARLES E. LEVINE,<br><br>        Defendants. | CIVIL ACTION NOS. 05-10438 MLW<br>05-10475 MLW<br>05-10498 MLW<br>05-10537 MLW<br>05-10577 MLW<br>05-10578 MLW<br>05-10615 MLW |

**CERTIFICATE OF SERVICE**

I, Aloknanda S. Bose, do hereby certify that on the 29th day of July, 2005 I caused a copy of the Notice of Change of Address of Counsel to be served by first class mail upon the attorneys of record for the Plaintiffs.

        /s/ Aloknanda S. Bose
        Aloknanda S. Bose (BBO # 658108)
        **CHOATE, HALL & STEWART LLP**
        Exchange Place
        53 State Street
        Boston, MA  02109
        Tel.: (617) 248-5000

Dated:  July 29, 2005

3964551v1