UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10438

<u>In Re: Viisage Technologies - Securities Litigation</u>
<u>PLAINTIFF</u>                                                          <u>DEFENDANT</u>

<u>Various Counsel</u>

<u>COUNSEL FOR PLAINTIFF</u>            <u>COUNSEL FOR DEFENDANT</u>

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

<u>CLERK'S NOTES</u>

| DATES: | Motion Hearing |
|---|---|
| 11/16/07 | Court goes over the current posture of the case. Court listens to the parties on the motion for class action settlement. Court finds the settlement reasonable and approves the same. Court gives its reasoning for its decision from the bench orally. Court signs the proposed orders of judgment and approval of the settlement. Court allows plaintiff's counsel to submit time records in camera and approves the request for attorney's fees and costs. Court signs the requested orders in court. |